UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-02941-WYD-KMT

WILLIAM WILKINSON, M.D.,
SARAH WILKINSON, R.N.,

      Plaintiffs,

v.

TRINIDAD AREA HEALTH ASSOCIATION, d/b/a MT. SAN RAFAEL HOSPITAL,
QUORUM HEALTH RESOURCES OF COLORADO, LLC,
KARL GABRIELSON,
JIM ROBERTSON,
GERALD A. CICHOCKI, M.D.,
CHARLES YEAGLE, M.D.,
DOUGLAS MACFARLAND, M.D.,
JOSEPH JIMENEZ, M.D.,
ROBERT CARLISLE, M.D.,
JOE DOE NO. 1,
JOHN DOE NO. 2, M.D.,
JANE DOE NO. 1,
AND JANE DOE, M.D.,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation of Dismissal [ECF No. 67], filed September 2, 2011.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and that this case should be dismissed with prejudice pursuant to Fed. R. Civ. 41(a).  Accordingly, it is

ORDERED that the Stipulation for Dismissal [ECF No. 67] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.

Dated: September 6, 2011

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief United States District Judge